UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-25255-DPG

| | |
|---|---|
| AVELINO ABEIJON, individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AKAL SECURITY, INC., a foreign profit corporation, and DOYON GOVERNMENT CONTRACTING, INC., a foreign profit corporation, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## DEFENDANT AKAL SECURITY, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant, Akal Security, Inc. ("Akal"), hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Akal is a New Mexico corporation that is authorized to do business in the State of Florida. Akal is 100% owned by Khalsa International Industries and Trade, Inc.

Dated: February 2, 2017

Respectfully submitted,

By: s/ Christine L. Wilson
Christine L. Wilson, Esq.
Florida Bar No. 143588
Email: *wilsonc@jacksonlewis.com*
Jason D. Berkowitz, Esq.
Florida Bar No. 0055414
Email: *jason.berkowitz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 577-7600
Facsimile:  (305) 373-4466
Attorneys for Defendants

Case No. 16-cv-25255-DPG

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

s/ Jason D. Berkowitz
Jason D. Berkowitz, Esq.

## SERVICE LIST

| | |
|---|---|
| Michael Hanna, Esq. | Christine L. Wilson, Esq. |
| E-mail: *mhanna@forthepeople.com* | E-mail: *wilsonc@jacksonlewis.com* |
| MORGAN & MORGAN, P.A. | Jason D. Berkowitz, Esq. |
| 600 North Pine Island Road | E-mail: *jason.berkowitz@jacksonlewis.com* |
| Suite 400 | JACKSON LEWIS P.C. |
| Plantation, FL 33324 | One Biscayne Tower |
| Telephone:  (954) 318-0268 | 2 South Biscayne Boulevard, Suite 3500 |
| Facsimile: (954) 333-3515 | Miami, Florida 33131 |
| Attorney for Plaintiff | Telephone: (305) 577-7600 |
| | Facsimile: (305) 373-4466 |
| | Attorneys for Defendants |