UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-25255-DPG

| | |
|---|---|
| AVELINO ABEIJON, individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AKAL SECURITY, INC., a foreign profit corporation, and DOYON GOVERNMENT CONTRACTING, INC., a foreign profit corporation, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANT DOYON GOVERNMENT CONTRACTING, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant, Doyon Government Contracting, Inc. ("DGCI"), hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

DGCI, an Alaska corporation, is a wholly owned subsidiary of Doyon, Limited, an Alaska Native Corporation. No publicly held corporation owns 10% or more of DGCI's stock.

Dated: February 2, 2017

                                            Respectfully submitted,

                                            By: s/ Christine L. Wilson
                                                Christine L. Wilson, Esq.
                                                Florida Bar No. 143588
                                                Email: *wilsonc@jacksonlewis.com*
                                                Jason D. Berkowitz, Esq.
                                                Florida Bar No. 0055414
                                                Email: *jason.berkowitz@jacksonlewis.com*
                                                JACKSON LEWIS P.C.
                                                One Biscayne Tower, Suite 3500
                                                2 South Biscayne Boulevard
                                                Miami, Florida 33131

Case No. 16-cv-25255-DPG

Telephone: (305) 577-7600
Facsimile:  (305) 373-4466
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

s/ Jason D. Berkowitz
Jason D. Berkowitz, Esq.

## SERVICE LIST

| | |
|---|---|
| Michael Hanna, Esq. | Christine L. Wilson, Esq. |
| E-mail: *mhanna@forthepeople.com* | E-mail*:  wilsonc@jacksonlewis.com* |
| MORGAN & MORGAN, P.A. | Jason D. Berkowitz, Esq. |
| 600 North Pine Island Road | E-mail*:  jason.berkowitz@jacksonlewis.com* |
| Suite 400 | JACKSON LEWIS P.C. |
| Plantation, FL 33324 | One Biscayne Tower |
| Telephone:  (954) 318-0268 | 2 South Biscayne Boulevard, Suite 3500 |
| Facsimile: (954) 333-3515 | Miami, Florida 33131 |
| Attorney for Plaintiff | Telephone: (305) 577-7600 |
| | Facsimile: (305) 373-4466 |
| | Attorneys for Defendants |