UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-25255-GAYLES

| | |
|---|---|
| AVELINO ABEIJON, individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AKAL SECURITY, INC., a foreign profit | ) |
| corporation, and DOYON SECURITY | ) |
| SERVICES, LLC, a foreign profit | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Avelino Abeijon ("Plaintiff"), and Defendants, Doyon Security Services, LLC

and Akal Security, Inc. ("Defendants") (collectively referred to herein as the "Parties), hereby

stipulate that based upon the settlement reached by the Parties in the above-captioned matter, all

claims be dismissed with prejudice, with each party to bear his/their own attorneys' fees, costs,

and disbursements except as otherwise provided for in the Parties' settlement agreement.

Dated: August 18, 2017

s/ *Michael Hanna*
Michael N. Hanna, Esq. (FBN 85035)
E-mail:*mhanna@forthepeople.com*
Paul M. Botros, Esq. (FBN 63365)
E-mail: *pbotros@forthepeople.com*
MORGAN & MORGAN, P.A.
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: (954) 318-0268
Facsimile: (305) 333-3515
*Attorneys for Plaintiff*

s/ *Christine L. Wilson*
Christine L. Wilson, Esq. (FBN 143588)
E-mail: *wilsonc@jacksonlewis.com*
Jason D. Berkowitz, Esq. (FBN 0055415)
E-mail: *jason.berkowitz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   (305) 577-7600
Facsimile:   (305) 373-4466
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of August 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

By: **<u>s/ *Michael N. Hanna*        </u>**
        Michael N. Hanna, Esquire