UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**AVELINO ABEIJON,** individually,

    Plaintiff,

v.                                                CASE NO.: 16-cv-25255-DPG
                                                    **JURY DEMAND**

**AKAL SECURITY, INC.**, a Foreign Profit
Corporation, **DOYON SECURITY SERVICES,
LLC**, a Foreign Limited Liability Company,

    Defendants.
_____

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation") reporting that the parties stipulate that all claims brought in this action by Plaintiff against Defendants shall be dismissed with prejudice, with each party to bear their own respective attorney's fees and costs. The court having considered the Stipulation, and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation is **APPROVED AND ADOPTED,** and the above-styled case is hereby **DISMISSED WITH PREJUDICE.** The Court shall retain jurisdiction for the sole purpose of enforcing the terms of any settlement between the parties. The Clerk is directed to **CLOSE** this matter and all pending motions are **DENIED as moot.**

        **DONE AND ORDERED** in Miami, Florida, this ____ day of _____, 2017.

                                                                                     _____
                                                                                     DARRIN P. GAYLES
                                                                                     UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record